FILED
17-0316
4/24/2017 10:47:55 AM
tex-16615450
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## CAUSE NO: 14CP0057

| In the Interest of | § | In the 306th Judicial |
|---|---|---|
| D█████ W███ | § | Judicial District Court of |
| A Child/Children | § | Galveston County Texas |

## ORDER APPOINTING AD LITEM ATTORNEY

It has been brought to the Court's attention that there is need to appoint an Ad Litem Attorney for S█████ W███

The Court appoints JULIA HATCHER, as attorney of record for S██████ W███ to represent him in connection with the expedited appeal requested by him.

Signed on: _December 30, 2015_

ANNE B. DARRING
Presiding Judge

14 – CP – 0057
DCORAAAL
Order Appointing Attorney Ad Litem
1151663





**JOHN D. KINARD**

**District Clerk**

**Galveston County, Texas**

## CERTIFIED COPY

I, **John D. Kinard**, District Clerk of Galveston County, Texas
certify that this is a true and correct copy of the original record
filed and or recorded in my office, electronically or hard copy,
as it appear on this date.
Witness my official hand and seal of office on this the 5th day of January, 2016

Case Number  14-CP-0057 -  306th District Court
Case Style:  In Re: D▮▮▮▮ W▮▮▮ , a Child
Document contains  1 page(s)
**Document Title: Order Appointing Ad Litem Attorney**

**John D. Kinard, District Clerk**
**GALVESTON COUNTY, TEXAS**

 Prepared By  Joe Taylor, Deputy Clerk

**In accordance with Texas Government Code 406.013, electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal, please email dcweb@co.galveston.tx.us**